IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARZARIOUS TILLMAN, #226696, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv201-D |
| | ) | (WO) |
| VERONICA GROOMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered herein on June 21, 2005, said Recommendation is hereby adopted, and it is

CONSIDERED and ORDERED that this case be and the same is hereby DISMISSED without prejudice.

DONE this 18th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE