IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARZARIOUS TILLMAN, #226696,       )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CIVIL ACTION NO. 2:05cv201-D
                                   )                 (WO)
VERONICA GROOMS, et al.,           )
                                   )
        Defendants.                )

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby

entered in favor of the defendants and against the plaintiff and that this action be and the

same is hereby DISMISSED without prejudice.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the

same are hereby taxed against the plaintiff, for which let execution issue.

DONE this 18th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE